# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., <br>     *Plaintiff*, <br> and <br> ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI A.S., <br>     *Plaintiff-Intervenor*, <br> v. <br> THE UNITED STATES, <br>     *Defendant*. <br> and <br> REBAR TRADE ACTION COALITION, <br>     *Defendant-Intervenor*. | Court No. 24-00018 |

## **NOTICE OF APPEAL**

Notice is hereby given that Kaptan Demir Celik Endustrisi ve Ticaret A.S., Plaintiff, in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Kaptan Demir Celik Endustrisi ve Ticaret A.S., et al v. United States*, Court No. 24-00018, slip op. 25-4 (Ct. Int'l Trade Jan. 15, 2025), ECF Nos. 64 and 65.

                 Respectfully submitted,

                 **/s/ Leah N. Scarpelli**
                 Leah N. Scarpelli
                 Jessica R. DiPietro
                 Matthew M. Nolan

                 ARENTFOX SCHIFF LLP
                 1717 K Street, NW
                 Washington, D.C. 20006

Tel.: 202.715.8403

*Counsel for Kaptan Demir Celik Endustrisi ve Ticaret A.S.*

March 14, 2025

AFSDOCS:301716417.2