# United States Court of Appeals for the Federal Circuit

---

**KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S.,**
*Plaintiff-Appellant*

**ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S.,**
*Plaintiff*

**v.**

**UNITED STATES, REBAR TRADE ACTION COALITION,**
*Defendants-Appellees*

---

2025-1559

---

Appeal from the United States Court of International Trade in No. 1:24-cv-00018-JAR, Senior Judge Jane A. Restani.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

November 13, 2026
Date

Jarrett B. Perlow
Clerk of Court